IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02601-AP

GLENN E. MAES,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael A. Desaulniers, Esq. | Jessica Milano |
| 402 W. 12th Street | Special Assistant United States Attorney |
| Pueblo, CO 81003 | Assistant Regional Counsel |
| (719) 543-8636 | Office of the General Counsel |
| (719) 543-8403 (fax) | Social Security Administration |
| seckarlaw@mindspring.com | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:   **October 25, 2010**

    B.    Date Complaint was Served on U.S. Attorney's Office:   **November 17, 2010**

    C.    Date Answer and Administrative Record Were Filed:   **January 18, 2011**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

Plaintiff's attorney, because of workload and international travel plans, requests that briefing commence later than 40 days after the filing of this joint case management plan. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief:   **March 21, 2011**

    B.    Response Brief due:   **April 21, 2011**

    C.    Reply Brief due:   **May 6, 2011**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement:  **Plaintiff does not request oral argument.**

   B.   Defendant's Statement:  **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 7th day of February, 2011

                             BY THE COURT:

                             *s/John L. Kane*_____
                             U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Michael A. Desaulniers. Esq.*  
Michael A. Desaulniers, No. 22593  
402 W. 12th Street  
Pueblo, CO 81003  
(719) 543-8636  
(719) 543-8403 (fax)  
seckarlaw@mindspring.com  

Attorney for Plaintiff

JOHN F. WALSH  
United States Attorney  

WILLIAM G. PHARO  
Assistant United States Attorney  
United States Attorney's Office  
District of Colorado  

*s/ Jessica Milano*  
Jessica Milano  
Special Assistant United States Attorney  
1001 17th Street  
Denver, CO 80202  
(303) 844-7136  
(303) 844-0770 (fax)  
jessica.milano@ssa.gov  

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2011, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

Michael A. Desaulniers, Plaintiff's counsel
seckarlaw@mindspring.com

kevin.traskos@usdoj.gov

doreen.lee@ssa.gov

usa-co-civil_ecf@usdoj.gov

*s/ Jessica Milano*
Office of the General Counsel
Social Security Administration