IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02601-AP

GLENN E. MAES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

Upon consideration of the parties' joint stipulation (motion) for fees and expenses (doc. #17) pursuant to the the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $4,300.00 in EAJA fees and expenses. This amount is payable to Plaintiff, not directly to his counsel. Payment will to Plaintiff's attorney at his office at 402 W. 12th Street, Pueblo, CO 81003.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4.        This Order will not be used as precedent in any future cases.

DATED this 10th day of August, 2011.

                              BY THE COURT:

                              *s/John L. Kane*_____
                              John L. Kane, Senior Judge
                              United States District Judge